IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01344-RM-MJW

JAMES A. PECK,

Plaintiff(s),

v.

CHIDDIX EXCAVATING, INC., a Colorado corporation, and
SHANE CHIDDIX, Individually,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Vacate Scheduling Conference Set for July 10, 2014 (Docket No. 11) is granted in part and denied in part. The motion is granted to the extent that the Scheduling Conference set for July 10, 2014, at 10:00 a.m. is VACATED. However, a telephone Status Conference shall instead be held on July 10, 2014, at 10:00 a.m. Plaintiff's counsel shall call the court at that time at (303) 844-2403.

Date: July 3, 2014