# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-01344-RM-MJW              FTR - Courtroom A-502

**Date:**   September 29, 2014                        Courtroom Deputy, Ellen E. Miller

*Parties*                                              *Counsel*

JAMES A PECK, Individually,                            Donna E. Dell'Olio  (by telephone)

    Plaintiff(s),

v.

CHIDDIX EXCAVATING, INC.,                              - - - - - -
a Colorado corporation,   and
SHANE CHIDDIX, Individually,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **SHOW CAUSE HEARING / STATUS CONFERENCE**
**Court in Session:   10:31 a.m.**
Court calls case.  Appearance of counsel for the Plaintiff.

The Court raises the Order to Show Cause for discussion.   It is noted defendants have not been served.  Discussion is held regarding the attempts to serve defendants.

**It is ORDERED:**    The ORDER TO SHOW CAUSE [Docket No. 17, filed August 28, 2014] is **TAKEN  UNDER  ADVISEMENT.**    The court will issue its written Order.

It is noted in Plaintiff's Response to the Order to Show Cause, a motion for substitute service was included.

**It is ORDERED:**    The MOTION FOR SERVICE PURSUANT TO C.R.C.P. 4(f) FOR SUBSTITUTED SERVICE [Docket No. **18**, filed September 29, 2014] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

Hearing concluded.
**Court in recess:**    10:40 a.m.
Total In-Court Time 00:09

To order a transcript of this proceedings, contact  Avery Woods Reporting   (303) 825-6119  or    Toll Free    1-800-962-3345.