IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01344-RM-MJW

JAMES A. PECK,

Plaintiff(s),

v.

CHIDDIX EXCAVATING, INC., a Colorado corporation, and
SHANE CHIDDIX, Individually,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the defendant's Motion to Strike (Docket No. 37) is granted as follows.  The document defendant seeks to have stricken (Docket No. 36) because it was filed in error and contains personal identifying information that was not redacted cannot be removed from the record by the Clerk even if ordered stricken by the court.  However, the court shall restrict public access to the document.  It is thus hereby

      ORDERED that the Expert Disclosures filed as Docket No. 36 are STRICKEN and shall be filed under Level 2 restriction until further order of the court.

Date: March 12, 2015