**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14–cv–01344–RM–MJW

JAMES A. PECK, individually,

    Plaintiff,

v.

CHIDDIX EXCAVATING, INC., a Colorado corporation, and
SHANE CHIDDIX,

    Defendants.

---

## ORDER

---

This matter comes before the Court on the Unopposed Motion for Alternative Dispute Resolution D.C. Colo.LCiv R 16.6 (ECF No. 54). The Court finds good cause to grant such motion. It is therefore

**ORDERED** that the Unopposed Motion for Alternative Dispute Resolution D.C. Colo.LCiv R 16.6 (ECF No. 54) is granted. Magistrate Judge Michael J. Watanabe is authorized to conduct an early neutral evaluation and/or a settlement conference in this case. The parties shall contact Magistrate Judge Watanabe's Chambers at 303-844-2403 concerning scheduling.

DATED this 17th day of July, 2015.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge