# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   14-cv-01344-RM-MJW          FTR - Courtroom A-502

**Date:**  August 27, 2015                                         Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JAMES A PECK, Individually, | Donna E. Dell'Olio |
| Plaintiff(s), | |
| v. | |
| CHIDDIX EXCAVATING, INC., a Colorado corporation,  and SHANE CHIDDIX, Individually, | Hans C. Tuft |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SETTLEMENT   PLACED   ON   RECORD**
**Court in session:**   3:57 p.m.
Court calls case.  Appearances of counsel.  Also present are plaintiff, James A. Peck, and defendant/defendant representative Shane Chaddix.  Kellen Chaddix is also present.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**   The Settlement Agreement is approved and shall be **CONFIDENTIAL.**

**It is ORDERED:**   A Stipulated Motion to Dismiss with prejudice shall be filed with the Court **on or before OCTOBER 15, 2015.**
Defendant shall prepare the motion to dismiss.

**It is ORDERED:**   Defendants' Motion for Partial Summary Judgment [Docket No. **42**, filed May 22, 2015] is DENIED AS MOOT**,** WITHOUT PREJUDICE.

**It is ORDERED:**   Plaintiff's Motion to Compel Discovery and Impose Sanctions [Docket No. **48**, filed June 30, 2015] is DENIED AS MOOT, WITHOUT PREJUDICE.

Hearing concluded.

**Court in recess:**   4:10 p.m.
Total In-Court Time: 00:13


The Court spent a total of 6 hours 30 minutes  preparing for and conducting this settlement conference and 13 minutes placing the settlement agreement on the record.