IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 14-cv-01344-RM-MJW

JAMES A. PECK, Individually,

    Plaintiff,

v.

CHIDDIX EXCAVATING, INC.,
a Colorado corporation, and
SHANE CHIDDIX, Individually,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulation of Dismissal With Prejudice filed October 23, 2015 (ECF No. 65). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

The Parties' Stipulation of Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 26th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge